BETTY J. WILLIAMS, SBN 224793
LAW OFFICES OF WILLIAMS & ASSOCIATES, P.C.
3600 American River Drive, Suite 135
Sacramento, CA 95864
Telephone: (916) 488 8501
Facsimile: (916) 488-8196
Email: betty@williamstaxlaw.com

Attorneys for Defendant
VLADIMIR ALEX AVDEYUK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VLADIMIR ALEX AVDEYUK,<br><br>Defendant. | Case No.: 2:22-CR-00037-KJM<br><br>**REQUEST TO SEAL DOCUMENT AND [PROPOSED] ORDER**<br><br>Judge: Honorable Kimberly J. Mueller |

The Defendant hereby files this Request to Seal Document and [Proposed] Order pursuant to Local Rules 141 and 141(b) of the United States District Court, Eastern District of California, and Rules 49 and 49.1 of the Federal Rules of Criminal Procedure.

The document sought to be sealed is a video which depicts the minor children of Defendant playing a board game with him on Christmas. The video was lodged with the Court, as Exhibit 1 to Defendant's Sentencing Memorandum, and was provided to Probation, and opposing counsel all on May 20, 2022.

Defendant seeks to permanently seal this video from public disclosure only.

May 20, 2022

Respectfully Submitted,

/s/ Betty Williams
Betty Williams
Attorney for Defendant
Vladimir A. Avdeyuk

# ORDER

Good cause appearing, Defendant's Request to Seal Document is granted for Exhibit 1 to Defendant's Sentencing Memorandum is granted.

DATED: 11/14, 2022

Honorable Kimberly J. Mueller
United States District Court Judge