1   BETTY J. WILLIAMS, SBN 224793
    LAW OFFICES OF WILLIAMS & ASSOCIATES, P.C.
2   3600 American River Drive, Suite 135
    Sacramento, CA 95864
3   Telephone:   (916) 488 8501
    Facsimile: (916) 488-8196
4   Email: betty@williamstaxlaw.com
5
    Attorneys for Defendant
6   VLADIMIR ALEX AVDEYUK
7
8                      UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,              Case No.: 2:22-CR-00037-KJM
12            Plaintiff,
13      v.                                 **REQUEST TO SEAL DOCUMENT AND
                                           ORDER**
14  VLADIMIR ALEX AVDEYUK,
15            Defendant.                    Judge:  Honorable Kimberly J. Mueller
16
17
18        The Defendant hereby files this Request to Seal Document and [Proposed] Order pursuant

19  to Local Rules 141 and 141(b) of the United States District Court, Eastern District of California,

20  and Rules 49 and 49.1 of the Federal Rules of Criminal Procedure.

21        The document sought to be sealed is a video which depicts the minor children of

22  Defendant playing a board game with him on Christmas.  The video was lodged with the Court,

23  as Exhibit 1 to Defendant's Sentencing Memorandum, and was provided to Probation, and

24  opposing counsel all on May 20, 2022.

25        Defendant seeks to permanently seal this video from public disclosure only.

26
27
28
    DEFENDANT'S REQUEST TO SEAL DOCUMENT AND          1                    2:22-CR-00037-KJM
    ORDER

1

2                                              Respectfully Submitted,

3   May 20, 2022

4                                               /s/ Betty Williams
                                               Betty Williams
                                               Attorney for Defendant
5                                              Vladimir A. Avdeyuk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S REQUEST TO SEAL DOCUMENT AND                2                                2:22-CR-00037-KJM
ORDER

1

**O R D E R**

2

3        Good cause appearing, Defendant's Request to Seal Documents Exhibit 1 to Defendant's

4    Sentencing Memorandum is GRANTED.

5    DATED:  November 29, 2022.

6

7    _____
     CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28