```
BETTY J. WILLIAMS, SBN 224793
LAW OFFICES OF WILLIAMS & ASSOCIATES, P.C.
3600 American River Drive, Suite 135
Sacramento, CA 95864
Telephone:  (916) 488 8501
Facsimile: (916) 488-8196
Email: betty@williamstaxlaw.com

Attorneys for Defendant
VLADIMIR ALEX AVDEYUK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VLADIMIR ALEX AVDEYUK,<br><br>Defendant. | Case No.: 2:22-CR-00037-KJM<br><br>**STIPULATION AND ORDER**<br><br>Judge:  Honorable Kimberly J. Mueller |

  Defendant VLADIMIR AVDEYUK requests a two-week extension of time to surrender to the Bureau of Prisons, to which the United States does not object.

  Defendant was ordered to surrender to FCI Herlong SCP on January 23, 2023.  Defendant is a construction contractor who is completing a job for a client which cannot be completed until February 5, 2023.

  Defendant has requested to surrender on February 6, 2023, two weeks after the date ordered by this Court.

  Allowing Defendant the two-week extension will allow him to finish a job which will benefit the customer, and will also allow him to provide additional money to support his family during his time in custody.

January 13, 2023

/s/ Betty Williams for
Heiko Coppola
Assistant United States Attorney

January 13, 2023

/s/ Betty Williams
Betty Williams
Attorney for Defendant
Vladimir A. Avdeyuk

**O R D E R**

Good cause appearing Vladimir Avdeyuk's surrender date is reset to February 6, 2023.

DATED: January 19, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE